952 F.2d 305w
 60 USLW 2439, 22 Bankr.Ct.Dec. 702, Bankr.
L. Rep. P 74,381,
Medicare & Medicaid Guide P 39,748
 In re TOWN & COUNTRY HOME NURSING SERVICES, INC., Debtor.
Louis M. SULLIVAN, Secretary of Health and Human Services, Appellant,
v.
TOWN & COUNTRY HOME NURSING SERVICES, INC., Appellee.
 No. 90-55621.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted June 5, 1991.
Decided Dec. 24, 1991.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 963 F.2d 1146.